UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 5:25-cv-01203-SRM-ACCV | Date: | July 7, 2026 |
|---|---|---|---|

Title: **_Rigoberto Rossel v. Sitaravamma Murakonda, et. al._**

Present: The Honorable  Angela C. C. Viramontes, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):  ORDER TO SHOW CAUSE RE: FAILURE TO COMPLY WITH COURT'S CASE MANAGEMENT ORDER**

The operative complaint in this action is Plaintiff Christopher Wilson's ("Plaintiff") First Amended Complaint ("FAC") which was filed on October 19, 2025. (Electronic Case Filing Number ("ECF No.") 14.)  On January 26, 2026, the Court issued its Case Management and Scheduling Order ("CMO"), where it ordered the parties to file their status reports no later than June 20, 2026.  (ECF No. 24.)  On June 19, 2026, the Court received Defendants' status report. (ECF No. 25.)  However, Plaintiff has not filed his status report.

Accordingly, on or before **July 28, 2026**, Plaintiff is ORDERED TO SHOW CAUSE in writing why the complaint should not be dismissed without prejudice for failure to prosecute; or file his status report.

The Court advises Plaintiff that failure to comply with the Court's CMO or file his status report before July 28, 2026, may result in dismissal of this action for failure to prosecute.

**IT IS SO ORDERED.**